UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In Re: | |
|---|---|
| | Chapter 11 |
| **RENEE MASLIKHOV** | Case No. 19-42688 (CEC) |
| Debtor. | |

**HEARING DATE June 19, 2019**

**NOTICE OF MOTION TO DISMISS ON BEHALF OF SECURED CREDITOR**

    **PLEASE TAKE NOTICE** that upon the annexed application of Brian G. Hannon, Esq. Counsel to Standard Oil Credit Holding Group, LLC a hearing will be held before the Honorable Carla E. Craig, Bankruptcy Judge, to consider the motion for an order dismissing the Debtor's Chapter 11 bankruptcy case.

| | |
|---|---|
| Date and time of hearing: | June 19, 2019 at 2:00 p.m. |
| Location: | U.S. Bankruptcy Court |
| | 271-C Cadman Plaza East |
| | Brooklyn, New York 11201-1800 |

| | |
|---|---|
| Dated: May 23, 2019 | By: /s/ *Brian G. Hannon, Esq.* |
| | Brian G. Hannon, Esq. |
| | Norgaard O'Boyle |
| | 184 Grand Avenue |
| | Englewood, New Jersey 07631 |
| | (201) 871-1333 |
| | bhannon@norgaardfirm.com |