**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X

IN RE:

RENEE BUTLER MASLIKHOV                    Case No. 19-42688 (CEC)

                Debtor.                                    Chapter 11

------------------------------------------------------X

CERTIFICATE OF SERVICE
(Fee Application)

I, Sandy Matevosyan of Dahiya Law Offices, LLC, hereby state that on March 2, 2020, I served the following creditors. The parties with notice of appearances have been served so via their respective emails and others have been served via first-class mail on March 2, 2020.

rmaslikhov@mac.com
cooperlegal@aol.com
Marylou.martin@usdoj.gov
Rachel.wolf@usdoj.gov
Nazar.khodorovsky@usdoj.gov
Reema.lateef@usdoj.gov
bhannon@norgaardfirm.com
sussman@sussman-legal.com


**Con Edison**
**Attn: Law Dept**
**4 Irving Place Room 1875**
**New York, NY 10003**

**National Grid**
**P.O. Box 11741**
**Newark, NJ 07101**

**U.S. Department of Education**
**P.O. Box 16448**
**Saint Paul, MN 55116**

**Midland Funding**
**P.O. Box 2011**
**Warren, MI 48090**

**LVNV Funding, LLC**
**Resurgent Capital Services**
**P.O. Box 10587**
**Greenville, SC 29603**

**New York State Department of Taxation & Finance**
**Bankruptcy Section**
**P.O. Box 5300**
**Albany, NY 12205**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**Bank of America, N.A.**
**P.O. Box 982284**
**El Paso, TX 79998**

**American Express National Bank**
**c/o Becket & Lee, LLP**
**P.O. Box 3001**
**Malvern, PA 19355**

**Seterus**
**P.O. Box 1077**
**Hartford, CT 06143**

Dated: New York, NY
March 2, 2020                                                      *s/Sandy Matevosyan*
                                                                    Sandy Matevosyan
                                                              Dahiya Law Offices, LLC
                                                           75 Maiden Lane Suite 506
                                                                   New York NY 10038
                                                                     Tel: 212 766 8000
                                                           Email: sandy@dahiya.law