Dahiya Law Offices, LLC
Karamvir Dahiya
*Attorney for the Debtor*
*and Debtor in Possession*

75 Maiden Lane Suite 506
New York NY 10038
(212) 766 8000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
                                                                         :
In re                                                                  :
                                                                         :
**RENEE MASLIKHOV**                              :        Chapter 11
                                                                         :
**aka RENEE BUTLER**                            :         Case No. 19-42688 (CEC)
                                                                         :
                      Debtor.                                  :
-----------------------------------------------------------X

**NOTICE OF SETTLEMENT OF ORDER ALLOWING PARTIAL DISURSEMENT TO THE DEBTOR AND THE PAYMENT OF THE UNITED STATES TRUSTEE'S FEES**

PLEASE TAKE NOTICE, that the attached Order ordering,

 (1) payment of the estate owed  U.S. Trustee's fees;

(2), an immediate disbursement of $100,000 to the Debtor, Ms. Renee Maslikhov; and

directing Denrick Cooper, Esq. the Court appointed Escrowee to release payments to the foregoing

claimants and the amount listed thereto, granting related relief will be presented to The Honorable

Carla E. Craig, the Chief Judge, United States Bankruptcy Court, at the United States Courthouse,

271 Cadman Plaza East, Brooklyn, New York 11201 on April 24, 2020 at 2:00 PM for signature

and entry ("Settlement Date").

PLEASE TAKE FURTHER NOTICE, that submission of proposed counter orders, or

 objections, if any, to entry of the attached proposed order, must be in writing, must conform to

the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the

1

Eastern District of New York, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefore, and must be filed with the Bankruptcy Court, with a courtesy copy to Chambers, no later than two (2) days prior to the Settlement Date. Any proposed counter order or objection must further be served upon and received by the proposed attorneys for the Debtor. Dahiya Law Offices, LLC Esq. Failure to timely file an objection or proposed counter order shall result in the waiver of any such objection or proposed counter order.

PLEASE TAKE FURTHER NOTICE, that if no proposed counter orders or objections are received the order may be signed. In the event objections are interposed, a hearing may be scheduled by the Court in its discretion.

Dated: New York NY
April 17, 2020

/s/ Karamvir Dahiya
karam@dahiya.law

Email Notices to:

U.S. Trustee Office, Lateef, Reema
 Reema.Lateef@usdoj.gov

Brian G Hannon on behalf of Creditor Standard Oil Credit Holding
bhannon@norgaardfirm.com

Josh Russell on behalf of Creditor New York State Department of Taxation and Finance
josh.russell@tax.ny.gov

Josh Russell on behalf of Creditor New York State Department of Taxation and Finance
josh.russell@tax.ny.gov

Josh Russell on behalf of Creditor New York State Department of Taxation and Finance
josh.russell@tax.ny.gov

Denrick Cooper, the Escrow Agent and Real Estate Attorney
cooperlegal@aol.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
                                                           :
In re                                                      :
                                                           :
**RENEE MASLIKHOV**                     :       Chapter 11
                                                           :
**aka RENEE BUTLER**                    :       Case No. 19-42688 (CEC)
                                                           :
            Debtor.                              :
-----------------------------------------------------------X

### NOTICE OF PROPOSED ORDER ALLOWING PARTIAL DISURSEMENT TO THE DEBTOR AND THE PAYMENT OF THE UNITED STATES TRUSTEE'S FEES

Ms. Renee Maslikhov aka Renee Butler (the "Debtor"), having filed her Second Amended Disclosure Statement and Second Amended Plan of Reorganization dated October 15, 2019 in the above-captioned chapter 11 case *[ECF No. 63, 64]*; and due notice having been given under the circumstances; and a combined hearing on the approval of the Second Disclosure Statement and confirmation of the Second Plan having been held on October 16, 2019 and that the requirements for confirmation of the Plan set forth in 11 U.S.C. 1129(a) have been satisfied at the Hearing and upon the record of the Hearing and the proceedings, the Court having entered an order confirming the Second Disclosure Statement and Second Plan, entailing sale of the real property, located at 328 Jefferson Avenue, Brooklyn New York (the "Real Property"); and the the Court having found: (a) that the proposed sale of the Debtor's Real Property under the Plan is an arms-length transaction, noncollusive, fair and reasonable, and conducted openly and in good faith in accordance*)*, and is in the best interests of the Debtor, the estate and creditors; (b) and thus Real Property having been sold for a sum of $1,850,000; and there being enough surplus to pay off the creditors; and the Court having conducted a status conference on April 1, 2020 wherein the Debtor personally appearing and having requested an immediate payment of

$100,000, wherein the parties having heard all the parties, and based upon the filed claims in this case, it is hereby:

Ordered the escrow agent, Law Offices of Denrick Cooper shall mail payments to the Debtor of a sum of $100,000 and sums owed to the United States trustee fees owed as of the disbursement of this stated sum to the Debtor; it is further

Ordered that Law Offices of Denrick Cooper shall notify the Court of such payments having been made within 3 days of mailing of the payments.

This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: April ___2020
Brooklyn New York

_____
Hon. Carla E. Craig
Chief Judge, United States Bankruptcy Court

Dahiya Law Offices, LLC
Karamvir Dahiya
*Attorney for the Debtor
and Debtor in Possession*

75 Maiden Lane Suite 506
New York NY 10038
(212) 766 8000

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
                                                                      :
In re                                                              :
                                                                      :
**RENEE MASLIKHOV**                           :         Chapter 11
                                                                      :
**aka RENEE BUTLER**                           :          Case No. 19-42688 (CEC)
                                                                      :
               Debtor.                                       :
-----------------------------------------------------------X

**AFFIDAVIT OF SERVICE OF NOTICE OF SETTLEMENT OF ORDER ALLOWING PARTIAL DISURSEMENT TO THE DEBTOR AND THE PAYMENT OF THE UNITED STATES TRUSTEE'S FEES**

Karamvir Dahiya of Dahiya Law Offices, LLC, submit that on April 17, 2020, a copy of the foregoing attached Notice and Proposed Order regarding payment to the Debtor and the U.S. Trustee fees was emailed to the following recipient:

Email Notices to:
U.S. Trustee Office, Lateef, Reema
 Reema.Lateef@usdoj.gov
Brian G Hannon on behalf of Creditor Standard Oil Credit Holding
bhannon@norgaardfirm.com
Josh Russell on behalf of Creditor New York State Department of Taxation and Finance
josh.russell@tax.ny.gov
Josh Russell on behalf of Creditor New York State Department of Taxation and Finance
josh.russell@tax.ny.gov
Josh Russell on behalf of Creditor New York State Department of Taxation and Finance
josh.russell@tax.ny.gov
Denrick Cooper, the Escrow Agent and Real Estate Attorney
cooperlegal@aol.com Dated: New York NY

April 17, 2020

                                                                                              /s/ Karamvir Dahiya
                                                                                               karam@dahiya.law