**DENRICK W. COOPER, P.C.**
ATTORNEY AT LAW
207-23 HILLSIDE AVENUE
QUEENS VILLAGE, NEW YORK 11427
TELEPHONE: (718) 479-9500 • FACSIMILE: (718) 479-9509

June 19, 2020

Honorable Carla E. Craig
Chief Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

                                              RE:  Renee Maslikhov a/k/a Renee Butler
                                                   Case No. 19-42688-cec

Dear Judge Craig:

Please be informed that on June 17, 2020, the attached checks were sent to the following parties as per court order granting, in part, application for compensation filed by Dahiya Law Offices, LLC and granting application for attorney's fees by Standard Oil Credit Holding Group, LLC.

Dahiya Law Offices, LLC in the amount of $80,000
Dahiya Law Offices, LLC in the amount of $28.70
Standard Oil Credit Holding Group, LLC in the amount of $43,700.68.

If further information is needed, please do not hesitate to contact my office.

                                                   Truly yours,

                                                   Denrick Cooper, Esq.

cc:     Office of the United States Trustee

## Check 4478

**DENRICK W. COOPER, ESQ.**
ATTORNEY ESCROW ACCOUNT
207-23 HILLSIDE AVENUE
QUEENS VILLAGE, NY 11427

4478
1-8/210

DATE: 6/17/20

PAY TO THE ORDER OF: Dahiya Law Offices, LLC $ 80,000

Eighty Thousand DOLLARS

citibank
CITIBANK, N.A. BR #77
175-50 UNION TURNPIKE
FLUSHING, NY 11366

FOR: Renee Maslikhov

## Check 4479

**DENRICK W. COOPER, ESQ.**
ATTORNEY ESCROW ACCOUNT
207-23 HILLSIDE AVENUE
QUEENS VILLAGE, NY 11427

4479
1-8/210

DATE: 6/17/20

PAY TO THE ORDER OF: Dahiya Law Offices, LLC $ 28.70

Twenty Eight 70/00 DOLLARS

citibank
CITIBANK, N.A. BR #77
175-50 UNION TURNPIKE
FLUSHING, NY 11366

FOR: Renee Maslikhov

## Check 4480

**DENRICK W. COOPER, ESQ.**
ATTORNEY ESCROW ACCOUNT
207-23 HILLSIDE AVENUE
QUEENS VILLAGE, NY 11427

4480
1-8/210

DATE: 6/17/20

PAY TO THE ORDER OF: Standard Oil Credit Holding Group, LLC $ 43,700.68

Forty Three Thousand Seven Hundred 68/00 DOLLARS

citibank
CITIBANK, N.A. BR #77
175-50 UNION TURNPIKE
FLUSHING, NY 11366

FOR: Renee Maslikhov atty fees

